AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| Pizzarotti IBC LLC )<br>*Plaintiff* )<br>v. )<br>Michael Masters )<br>*Defendant* ) | Civil Action No. 17-05843(AKH)(HBP) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☑ the plaintiff *(name)* Pizzarotti IBC LLC recover from the defendant *(name)* Michael Masters the amount of Twenty-five Thousand dollars ($ 25,000.00 ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge _____ on a motion for Entry of Judgment based on Defendant's Confession of Judgment after Defendant's failure to make payment pursuant to settlement agreement.

Date: 12/5/19

*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*

U.S. Dist Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/5/19